## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 18-655 (SDW) |
| v. | |
| FRED DAIBES and MICHAEL MCMANUS, | **ORDER** |
| Defendants. | February 7, 2020 |

**THIS MATTER** having come before the Court upon Defendants Fred Daibes ("Daibes") and Michael McManus' ("McManus," collectively, "Defendants") Omnibus Pretrial Motions (D.E. 23, 24), for the reasons set forth on the record on February 7, 2020,

**IT IS** on this 7th day of February, 2020, **ORDERED** as follows:

1. Defendants' Motions to Dismiss the Counts of the Indictment are **DENIED**;

2. Defendants' Motions for a Bill of Particulars are **DENIED** without prejudice;

3. Defendants' Motions to Strike the Forfeiture Allegation from the Indictment are **DENIED** without prejudice;

4. Defendants' Motions to Strike surplusage or inflammatory language from the Indictment are **RESERVED**, to be addressed by the Court before trial, if necessary;

5. Daibes' Motion for a *Franks* Hearing is **DENIED** without prejudice; and

6. McManus' Motion for Pre-Trial Production of Trial Exhibits and Exhibit List is **DENIED** without prejudice.

**SO ORDERED**.

_s/ Susan D. Wigenton_
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:   Parties