

**Lawrence S. Lustberg**
Partner
+1 973.596.4731 (t)
llustberg@fbtgibbons.com

January 28, 2026

<u>**VIA ECF**</u>

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:     *United States v. Daibes*, Dkt. No. 18-cr-655 (SDW)

Dear Judge Wigenton:

     As the Court is aware, this firm represents Fred Daibes, who was sentenced in the above-captioned matter by Your Honor on March 7, 2025, to a 37 month term of incarceration, two years of supervised release, and a $300,000 fine. Following his indictment in this matter on October 30, 2018, Mr. Daibes was released pursuant to certain conditions, which included an appearance bond secured by property located at 1255-1275 River Road, Edgewater, New Jersey. *See* ECF Nos. 3, 4, 4.1. Mr. Daibes dutifully appeared for all court proceedings and voluntarily and timely surrendered to Bureau of Prisons custody on May 19, 2025. Although his bail should automatically have been exonerated at that time, it has not. Accordingly, with the consent of the Government, Mr. Daibes respectfully requests that the Court order that his appearance bond now be released and the conditions of his release be deemed satisfied.

     If this is acceptable to the Court, Mr. Daibes respectfully requests that Your Honor "So-Order" this letter in the space provided below and direct its entry on the docket at the Court's convenience. Please do not hesitate to contact me if the Court has any further questions or concerns. We thank the Court for its kind consideration of this matter.

                             Respectfully submitted,

                             *s/ Lawrence S. Lustberg*
                             Lawrence S. Lustberg

January 28, 2026
Page 2

**SO ORDERED:**

This \_\_\_\_ day of _____, 2026

_____
Honorable Susan D. Wigenton
United States District Judge

cc:     Elaine Lou, AUSA (via ECF)